623 A.2d 321

**Ronald Francis SWOYER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

Supreme Court of Pennsylvania.

Argued April 6, 1993.

Decided April 30, 1993.

Reargument Denied Aug. 31, 1993.

Richard J. Orloski, Allentown, for R.F. Swoyer.

John L. Heaton, Harrisburg, Timothy P. Wile, Lansdale, Harold H. Cramer, Philadelphia, for PennDot.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Messrs. Justice Larsen and Flaherty dissent and would reach the merits of the case and reverse the Order of the Commonwealth Court.